**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2289**

———————

WILLIAM J. BENNETT,

Plaintiff - Appellant,

versus

WEBSTER UNIVERSITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Patrick Michael Duffy, District
Judge. (CA-95-134-3-23BC)

———————

Submitted:  February 27, 1997      Decided:  March 10, 1997

———————

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William J. Bennett, Appellant Pro Se.  Lovic Alton Brooks, III,
Kristine Louise Thompson, BROOKS & THOMPSON, L.L.P., Columbia,
South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of the Defendant in this civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bennett v. Webster University, No. CA-95-134-3-23BC (D.S.C. Aug. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED